1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant, LACIE SHARP-NORMAN

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )      CASE #6:07-mj-00061-WMW
                                     )
12                                   )
                                     )      WAIVER OF DEFENDANT'S
13                   Plaintiff,      )      PERSONAL APPEARANCE
                                     )
14  vs.                             )
                                     )
15  LACIE SHARP-NORMAN,             )
                                     )
16                   Defendant.      )
                                     )
17  _____)

18        TO THE ABOVE-ENTITLED COURT:

19        The Defendant LACIE SHARP-NORMAN, having been advised of her right to be

20  present at all stages of proceedings, including, but not limited to, presentation of and arguments

21  on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

22  waives the right to be present at the hearing of any motion or other proceeding in this cause.

23  Examples of hearings concerning which the defendant waives the right to be present include

24  when the case is set for trial, when a continuance is ordered, when a motion to set aside an

25  indictment is heard, during a plea or change of plea, during sentencing or any case disposition, or

26  when a motion for reduction of bail or for a personal recognizance release is heard.

27        The undersigned Defendant requests the Court to proceed during every absence of the

28  Defendant that the Court may permit pursuant to this waiver, and hereby agrees that her interest

1   is represented at all times by the presence of his attorney the same as if the Defendant were

2   personally present in court, and further agrees that notice to Defendant's attorney that

3   Defendant's presence in court on a particular day at a particular time is required is notice to the

4   Defendant of the requirement of Defendant's appearance at that time and place.

5

6   Dated: May 7, 2007

                                         By:  /s/ Lacie Sharp-Norman

7
                                              LACIE SHARP-NORMAN
8
    Dated: May 10, 2007
9
                                         By:  /s/ Carol Ann Moses
10                                            CAROL ANN MOSES
                                              Attorney for Defendant,
11                                            LACIE SHARP-NORMAN

12
    **It is so ordered:**
13
                                         By: _____
14                                            WILLIAM M. WUNDERLICH
                                              U.S. MAGISTRATE COURT JUDGE
15  IT IS SO ORDERED.

16  **Dated:    May 14, 2007**              ____/s/  William M. Wunderlich_____
                                            UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE